NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| BARTHOLOMEW UWALAKA | |
| Plaintiff, | Hon. Stanley R. Chesler<br>Civ. A. No. 04-2973 (SRC) |
| v. | |
| STATE OF NEW JERSEY, et al., | **OPINION and ORDER** |
| Defendants. | |

**CHESLER**, District Judge

This matter having come before the court pursuant to Plaintiff Bartholomew Uwalaka's motion [docket # 14] requesting withdrawal of his supplemental complaint filed on April 5, 2005 without prejudice; and

**IT APPEARING** that Defendants do not object to Plaintiff's motion seeking withdrawal of his supplemental complaint; and

**IT FURTHER APPEARING** that the Court may order the voluntary dismissal of a Plaintiff's complaint without prejudice pursuant to Fed. R. Civ. P. 41(a);

**IT IS** on this 12th day of May, 2005, hereby

**ORDERED** that Plaintiff's motion for withdrawal of his supplemental complaint is granted; and it is

**FURTHER ORDERED** that Plaintiff's supplemental complaint filed on April 5, 2005 is dismissed without prejudice.

                                                                                                  s/  
                                                                                              Stanley R. Chesler, U.S.D.J.